IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:17-MJ-03029-WJE |
| | ) | |
| CHARLES EDWARD BELL, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER DENYING DEFENDANT'S MOTION TO REVOKE DETENTION ORDER</u>**

Pending before the Court are United States Magistrate Judge Epps' Order of Detention Pending Trial (Doc. 10), Defendant's Motion for Revocation of Detention Order (Doc. 12) seeking Defendant's pretrial release on bond, and the Government's Opposition (Doc. 13).

After reviewing the report and conducting an independent review of the applicable law and record, the Court agrees with Judge Epps' finding that the Government has shown by clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of a person—Defendant's wife—if the detention order is revoked. In short, the record confirms Defendant has a history of escalating assaultive behavior involving his wife.

Accordingly, Defendant's Motion (Doc. 12) is DENIED.

**IT IS SO ORDERED.**

Date: October 4, 2017       /s/ Greg Kays
                            GREG KAYS, CHIEF JUDGE
                            UNITED STATES DISTRICT COURT